# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(Except in U.S. plaintiff cases)*

County of Residence of First Listed Defendant
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Check one box, only.)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government not a party.)*
☐ 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Check one box, only.)*

| CONTRACT | TORTS | | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 375 False Claims Act |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 530 General | ☐ 720 Labor/Management Relations | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 535 Death Penalty | | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | | | ☐ 740 Railway Labor Act | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | **Other:** | ☐ 751 Family and Medical Leave Act | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 450 Commerce |
| | ☐ 345 Marine Product Liability | | ☐ 550 Civil Rights | ☐ 791 Employee Retirement Income Security Act | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | | ☐ 555 Prison Condition | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loan (Excludes Veterans) | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 480 Consumer Credit |
| | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | | **PROPERTY RIGHTS** | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 153 Recovery of Veteran's Benefits | ☐ 362 Personal Injury - Medical Malpractice | ☐ 371 Truth in Lending | | ☐ 820 Copyright | |
| ☐ 160 Stockholders' Suits | | ☐ 380 Other Personal Property Damage | | ☐ 830 Patent | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | | ☐ 840 Trademark | |
| ☐ 196 Franchise | | | | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) | ☐ 890 Other Statutory Actions |
| | | | | | ☐ 891 Agricultural Arts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 423 Withdrawal 28 USC 157 | | ☐ 862 Black Lung (923) | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | | ☐ 690 Other | ☐ 863 DIWC/DIWW (405(g)) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/ Disabilities- Employment | **IMMIGRATION** | | ☐ 864 SSID Title XVI | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 462 Naturalization Application | | ☐ 865 RSI (405(g)) | |
| | ☐ 448 Education | ☐ 463 Habeas Corpus – Alien Detainee (Prisoner Petition) | | **FEDERAL TAXES** | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 465 Other Immigration Actions | | ☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Check one box, only.)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District (specify)
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
☐ Check if this is a **class action** under Rule 23, F.R.CV.P.

Demand $

CHECK Yes only if demanded in complaint:
Jury Demand: ☐ Yes ☐ No

## IX. RELATED CASE(S) IF ANY *(See instructions):*  Judge   Case Number

## X. Is this a previously dismissed or remanded case?  ☐ Yes  ☐ No  If yes, Case #   Name of Judge

Date: _____   Signature of Attorney of Record _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RICARDO AGUAYO RODRIGUEZ,** | ) | |
| | ) | |
| | ) | Case No. |
| **Plaintiffs,** | ) | |
| | ) | Honorable Judge |
| v. | ) | |
| | ) | Jury Demand |
| **JOHN DOE USBP AGENTS,** | ) | |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, RICARDO AGUAYO RODRIGUEZ, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, JOHN DOE USBP AGENTS, individually, states as follows:

**FACTS**

1. This action is brought pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), to redress deprivations of the civil rights of the RICARDO AGUAYO RODRIGUEZ, accomplished by acts and/or omissions of the Defendants, JOHN DOE USBP AGENTS, committed under color of law.

2. This court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(e)(1)(C) because defendants are officers or employees of the United States acting in their official capacity under color of legal authority, and Plaintiff resides in this judicial district.

3. The Plaintiff, RICARDO AGUAYO RODRIGUEZ, was at all relevant times a resident of the State of Illinois.

4. At all relevant times the Defendants, officers JOHN DOE USBP AGENTS, were duly appointed United States Border Patrol Agents acting within the scope of their employment and under color of law.

5. On November 3, 2025, the Plaintiff, RICARDO AGUAYO RODRIGUEZ, was on his bike at or near 17 Avenue, Melrose Park, Illinois.

6. Defendant JOHN DOE USBP AGENT approached Plaintiff RICARDO AGUAYO RODRIGUEZ as he rode his bike.

7. Upon viewing the officers, RICARDO AGUAYO RODRIGUEZ became scared.

8. Without just cause or provocation, Defendant JOHN DOE USBP AGENT viciously tackled Plaintiff RICARDO AGUAYO RODRIGUEZ to the ground.

9. At the time he was on the ground, Plaintiff did not pose a threat to the safety and wellbeing of Defendant JOHN DOE USBP AGENT.

10. Despite surrendering himself and without provocation, Defendant JOHN DOE USBP AGENT proceeded to savagely punch Plaintiff RICARDO AGUAYO RODRIGUEZ his head while putting Plaintiff in a choke hold.

11. While Defendant JOHN DOE USBP AGENT were using excessive force in their detention of Plaintiff RICARDO AGUAYO RODRIGUEZ, Defendants JOHN DOE USBP AGENTS assisted in using excessive force to assist.

12. Plaintiff RICARDO AGUAYO RODRIGUEZ was bleeding on his forehead as a result.

13. The actions of Defendants JOHN DOE USBP AGENTS were malicious, willful and wanton and clearly not justified.

14. As a result of the Defendants' actions, Plaintiff was severely injured and taken to the hospital afterwards.

## COUNT I — *Bivens* EXCESSIVE FORCE

1-14. Paragraphs 1 through 14 are incorporated as though fully stated herein.

15. Despite the fact that Plaintiff RICARDO AGUAYO RODRIGUEZ did not pose a threat to the Defendants while on the ground, Defendants JOHN DOE USBP AGENTS proceeded to savagely slam hit Plaintiff's head repeatedly.

16. The Plaintiff did not provoke said Defendants nor fight back by striking or punching the Defendants.

17. The aforesaid use of force by Defendants JOHN DOE USBP AGENTS was excessive, unprovoked, and unreasonable.

18. The actions and inactions of Defendants JOHN DOE USBP AGENTS were intentional, willful, and wanton.

19. Said actions violated the Plaintiff's Fourth Amendment rights to be free from excessive force.

3

20. That as a direct and proximate result of the actions of the Defendants, the Plaintiff suffered injuries and continues to suffer fear, emotional distress, anxiety, pain and suffering, permanent injury, and future pain and suffering.

**WHEREFORE**, pursuant to the Fourth Amendment and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), the Plaintiff, RICARDO AGUAYO RODRIGUEZ, prays that this Honorable Court enter judgment against the Defendants, JOHN DOE USBP AGENTS jointly and severally, in an amount of reasonable in compensatory damages and for punitive damages, plus attorney's fees and costs.

### JURY DEMAND

Plaintiff RICARDO AGUAYO RODRIGUEZ prays for trial by jury.

Respectfully submitted,

By: /s/ Brian M. Orozco
One of the Attorneys for Plaintiff

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com