UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Aguayo Rodriguez Ricardo
 Plaintiff,

v.   Case No.: 1:25−cv−13493
     Honorable Martha M. Pacold

John Doe USBP Agents
 Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's emergency motion for equitable relief / preliminary injunction, [2], is voluntarily withdrawn. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.